## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

IN RE:

**JUAN ANGEL NIEVES QUINONES**
**YAMIR GARCIA SEGARRA**

**xxx–xx–4074**
**xxx–xx–8891**

Debtor(s)

Case No. **18–05445 BKT**

Chapter **7**

FILED & ENTERED ON 1/24/20

### *ORDER DISCHARGING TRUSTEE AND CLOSING THE CASE*

The Trustee having filed a Report of No Distribution, the Clerk having given notice of the Trustee.s report, and no objections having been filed by any party in interest, including the U. S. Trustee, it is now,

ORDERED that the Trustee be and is hereby discharged, that the bond of the trustee be cancelled and the surety thereon released from further liability thereunder and that the estate be and is hereby closed pursuant to the provisions of Rule 5009 of the Federal Rules of Bankruptcy Procedure.

In San Juan, Puerto Rico, this Friday, January 24, 2020 .

Brian K. Tester
United States Bankruptcy Judge